UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY MUNOZ,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>CHARTIS PROPERTY CASUALTY COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:14-cv-00087-APG-PAL<br><br>ORDER |

Before the court is the parties' Notice of Settlement (Dkt. #63) advising the court that this action is fully settled and a stipulation to dismiss will be filed within sixty days. Accordingly,

**IT IS ORDERED** that:

1. The Motion for Summary Judgment (Dkt. #20) and Counter Motion for Summary Judgment (Dkt. #27) are **deemed withdrawn without prejudice.**

2. The Motion to Compel (Dkt. #53) is **DENIED without prejudice**, and the hearing scheduled for August 12, 2014, at 10:00 a.m. is **VACATED**.

3. The settlement conference currently scheduled for September 18, 2014, at 1:30 p.m., is **VACATED**.

4. The parties shall have sixty days from the date of filing the notice, or until **September 19, 2014,** in which to file a stipulation to dismiss. Alternatively, the parties may file a Joint Status Report advising the court of the status of settlement and when settlement documents will be filed.

DATED this 23rd day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1